IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHAMS HASHMAT,<br>A# 221-096-985,<br><br>*Petitioner*,<br><br>V.<br><br>MARKWAYNE MULLIN, *et al*.,<br><br>*Respondents*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL CASE NO. SA-26-CV-00130-FB |

**ORDER SETTING EXPEDITED BRIEFING SCHEDULE**

Before the Court is the Federal Respondents' Motion to Remove the Stay of Transfer, filed on October 23, 2026. (ECF No. 25). Given that this matter is time sensitive, the Court is of the opinion that an expedited briefing schedule should be set.

IT IS THEREFORE ORDERED that Petitioner shall file a response, if any, to Respondents' motion on or before 4 p.m. on October 28, 2026.

IT IS FURTHER ORDERED that Federal Respondents shall file a reply, if any, to Petitioner's response on or before noon on October 29, 2028.

It is so ORDERED.

SIGNED this 27th day of October, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE