IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHAMS HASHMAT, | § | |
| A# 221-096-985, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| V. | § | CIVIL CASE NO. SA-26-CV-00130-FB |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| *Respondents*. | § | |

**ORDER WITHDRAWING ORDER OF RE-REFERRAL TO UNITED STATES MAGISTRATE JUDGE RICHARD B. FARRER**

IT IS ORDERED that the Order of Re-Referral (ECF No. 28) to United States Magistrate Judge Richard B. Farrer is WITHDRAWN and this case is returned to the docket of the undersigned.

It is so ORDERED.

SIGNED this 5th day of November, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE